DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AURELIO GOVEA-LUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00221 LJO |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; [PROPOSED] ORDER |
| v. | ) ) | |
| AURELIO GOVEA-LUA, | ) ) | Date : April 2, 2012 Time: 8:30 A.M. |
| *Defendant.* | ) ) | Judge: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for March 5, 2012, **may be continued to April 2, 2012, at 8:30 A.M.**

This continuance is requested by defense counsel. Counsel has received a settlement offer from the government, but has not yet had an opportunity to discuss it with Mr. Govea-Lua who is housed at the Lerdo Detention Facility. The first date upon which counsel will be able to discuss the offer with defendant is March 14, 2012. AUSA Ian Garriques has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 | justice, including but not limited to, the need for the period of time set forth herein for further defense
3 | preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the
4 | interests of the public and the defendant in a speedy trial

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

DATED: February 28, 2012                 /s/ Ian Garriques
                                                     IAN GARRIQUES
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff

                                                     DANIEL J. BRODERICK
                                                   Federal Defender

DATED: February 28, 2012                 /s/ Rachel W. Hill
                                                     RACHEL W. HILL
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   AURELIO GOVEA-LUA

**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   February 28, 2012**               /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE